# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4978

_____

TAVIONE ANTHONEY WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

November 30, 2018

PER CURIAM.

Tavione Anthoney Williams appeals his sentence for attempted felony murder where he discharged a firearm causing great bodily harm, attempted robbery with possession of a firearm, and grand theft. Williams was seventeen years old when he committed these offenses. Pursuant to an open plea, Williams was sentenced to concurrent terms of life imprisonment with a mandatory minimum of life, ten years' imprisonment with a mandatory minimum of ten years, and five years' imprisonment. We affirm the sentences imposed. But, as conceded by the State, to make the written judgment comply with the trial court's oral pronouncement, we are required to reverse in part and remand for resentencing solely to provide for a judicial review hearing after twenty years to allow for the possibility of early release. §§

775.082(3)(c); 921.1402(2)(d), Fla. Stat. (2015); *see also Kelsey v. State*, 206 So. 3d 5, 8 (Fla. 2016) ("[A]ll juvenile offenders whose sentences meet the standard defined by the Legislature in chapter 2014-220, a sentence longer than twenty years, are entitled to judicial review."); *see also*, *Dinnall v. State*, 246 So. 3d 1302 (Fla. 5th DCA 2018); *Montgomery v. State*, 230 So. 3d 1256, 1263 (Fla. 5th DCA 2017). All other issues raised on appeal are affirmed without comment.

AFFIRMED in part; REVERSED in part; and REMANDED with instructions.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.

2